ORIGINAL

FILED

MAY 1 3 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1499 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 18, U.S.C., Sec. 1542 - False Statement in Application for a United States Passport |
| CHARLES LOUIS WARNICK II, ) | |
| Defendant. ) | |

The United States Attorney Charges:

On or about October 5, 1999, within the Southern District of California, defendant CHARLES LOUIS WARNICK II did willfully and knowingly provide a false statement in an application for a passport with intent to induce and secure for his own use the issuance thereof under the authority of the United States, contrary to laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in an application in the name of Jay Douglas Warnick, executed at the United States Midway Post Office in San Diego, California, defendant CHARLES LOUIS WARNICK II stated he was Jay Douglas Warnick, which statement, as defendant then and there

//

//

knew, was false when made; in violation of Title 18, United States Code, Section 1542.

Dated: 5-13-08

KAREN P. HEWITT
United States Attorney

*[signature]*

JILL L. BURKHARDT
Assistant U.S. Attorney