ORIGINAL

AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAY 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | '08 CR 1499  JAH |
| CHARLES LOUIS WARNICK II | |

CASE NUMBER:

I, <u>Charles Louis Warnick II</u>, the above named defendant, who is accused of False Statement in Application for a United States Passport, in violation of Title 18, United States Code, Section 1542, and being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/13/2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant
Charles Louis Warnick II

_____
Counsel for Defendant
Leila Morgan

Before _____
United States District Court Judge